# EXHIBIT A



Jon Tannen



Jon Tannen