**Ballard Spahr** LLP

———————————————
919 Third Avenue, 37th Floor
New York, NY 10022-3915
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Robert Penchina
Tel: 212.850.6109
Fax: 212.223.1942
penchinar@ballardspahr.com

November 15, 2017

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 443
New York, NY 10007

Re:   *Tannen v. CBS Interactive Inc.*, 1:17-cv-1169 (VEC)

Dear Judge Caproni:

      We represent defendant CBS Interactive Inc. in the above-referenced matter.  We write on behalf of both parties to inform the Court that the parties have reached a settlement in principle to fully and finally resolve all claims in this matter. The parties respectfully request that all existing due dates, including the pre-trial conference scheduled for November 17, be held in abeyance for 30 days to permit the parties to finalize their written agreement and submit a stipulation of dismissal. Counsel for Plaintiff has reviewed and approved this letter.

Very truly yours,

*[signature]*

Robert Penchina

cc:   All Counsel of Record (via ECF)