USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JON TANNEN,

                        Plaintiff,

          -against-

CBS INTERACTIVE INC.,

                      Defendant.
------------------------------------------------------------X

17-CV-1169 (VEC)

**ORDER**

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 15, 2017 (Dkt. 18), the parties reported to the Court that they reached a settlement in principle to resolve this case fully;

      IT IS HEREBY ORDERED that the November 17, 2017 Pretrial Conference is CANCELLED.  All other deadlines in this matter are also cancelled.

      IT IS FURTHER ORDERED that this action will be dismissed without costs (including attorneys' fees) to either party on **December 15, 2017,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement.  To be clear, any request that the action not be dismissed **must** be filed **on or before December 15, 2017**; any request filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **December 5, 2017**, they must submit the settlement agreement to the Court in accordance with Rule 5(A) of the Court's Individual Practices in Civil Cases, along with a

request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date:  November 15, 2017
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**